

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x

The Joyce Theater Foundation, Inc.,

        Plaintiff,

        v.

Ballet Tech Foundation, Inc.,

        Defendant.

---------------------------------- x

No. 09 Civ. 1225 (RWS)

**STIPULATION AND
[PROPOSED] ORDER**

    **WHEREAS**, The Joyce Theater Foundation, Inc. ("Plaintiff") and Ballet Tech Foundation, Inc. ("Defendant") (collectively, the "Parties") are actively engaged in settlement discussions that were initiated by Plaintiff;

    **WHEREAS**, these settlement discussions, if successful, would fully resolve all matters currently pending in this Court;

    **WHEREAS**, the Parties have conferred and agree that a stay of all discovery would help them avoid incurring unnecessary costs and expenses, including those associated with propounding and responding to discovery requests, taking and defending depositions, and participating in motions practice on any discovery disputes; and

    **WHEREAS**, a stay of discovery would also conserve judicial resources;

    **NOW THEREFORE, IT IS STIPULATED AND AGREED**, by and between the attorneys for the Parties, that:

    (a)    all discovery in the above-captioned action shall be stayed until May 5, 2010, and

(b)  the next status conference, which is currently scheduled for March 24, 2010, is hereby adjourned until May 5, 2010.

Dated:  March 23, 2010
        New York, New York

_____
Robert H. Pees
Brian T. Carney
AKIN GUMP STRAUSS HAUER &
FELD, LLP
One Bryant Park
New York, NY 10022
Telephone: (212) 872-8156
Facsimile: (212) 872-1002

*Attorneys for Plaintiff The Joyce
Theater Foundation, Inc.*

_____
Jonathan D. Reichman
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Telephone: (212) 908-6256
Facsimile: (212) 425-5288

*Attorneys for Defendant Ballet Tech
Foundation, Inc.*

**ORDER**

It is so ordered.

DATED: __3/24__, 2010

_____
Honorable Robert W. Sweet
United States District Judge

2