UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-6-10

Joyce Theater,
                              Plaintiff(s),

          - against -

                        PRETRIAL ORDER
                        09 civ. 1225 (RWS)

                              Defendant(s).
Ballet Tech Fundation

Sweet, D. J.


        Counsel are directed to appear in courtroom 18C on
Sept 22, 10 _____ at 4:30 pm for a pretrial conference
for the purpose of resolving any outstanding discovery or other
issues, and setting a time for trial.  Plaintiff(s)' counsel ARE
REQUIRED TO NOTIFY COUNSEL FOR ALL PARTIES OF THIS CONFERENCE.
Prior to the appearance at the pretrial conference, all counsel
appearing in the action shall have discussed any open issues.

        This conference may not be adjourned without direction
from the court.  Failure to appear at the conference may result in
termination of this action.

        All mail and telephone calls concerning the calendar
status of this action must be directed to the Courtroom Clerk.  Any
requests for interpreters must be made at least 24 hours in advance
of the hearing at which such services are required by calling the
Interpreters Office (805-0084).

        It is so ordered.


New York, N. Y.
    5-6-10

                              ROBERT W. SWEET
                              U.S.D.J.